IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MARK BECICKA,<br><br>       Plaintiffs,<br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>       Defendant. | Case No. 1:22-cv-00024-MAR<br><br>**MOTION FOR LEAVE TO AMEND PETITION** |

COMES NOW the Plaintiff, Mark Becicka, by and through his undersigned attorney, and hereby submits his Motion for Leave to Amend Petition as set forth below:

1. Pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule 15, Plaintiff is making his Motion for Leave to Amend Petition.

2. Plaintiff's counsel has contacted Defendant's counsel in regard to this Motion for Leave to Amend and Defendant Sun Life Assurance Company of Canada has no objection to Plaintiff filing an amended complaint at this time.

3. On or about February 28, 2022, Plaintiff filed his Petition in the Iowa District Court in and for Linn County.

4. On or about March 8, 2022, Defendant removed this action to the United States District Court for the Northern District of Iowa.

5. On or about April 12, 2022, Defendant filed a Motion to Dismiss (Doc. 10) and Memorandum in support thereof (Doc. 11), asserting that: (1) Plaintiff's original Petition was based entirely on state law claims that are completely preempted by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. Section 1001, *et seq*

(hereafter "ERISA"); and (2) Plaintiff failed to name the appropriate defendant in his Petition.

6. Plaintiff now wishes to amend his petition/complaint to change the Defendant to "Sun Life Assurance Company of Canada" and to conform the cause of action to one lying under ERISA, as follows:

   a. Plaintiff amended the caption to substitute in "Sun Life Assurance Company of Canada" as the named Defendant;

   b. Plaintiff amended the first line of the Complaint to remove the jury demand;

   c. Plaintiff amended paragraph 2 to change the Defendant to Sun Life Assurance Company of Canada and to change the address consistent with the change in named Defendant.

   d. Plaintiff amended paragraph 12 to clarify the meaning of the sentence.

   e. Plaintiff amended paragraph 13 to remove reference to a breach of contract claim and to replace it with reference to wrongful denial of insurance payment.

   f. Plaintiff amended paragraph 14 to submit necessary information to show that an administrative appeal was submitted and ruled upon and that administrative remedies have been exhausted.

   g. Plaintiff amended paragraph 15 to add into the content of his Complaint the language from the denial letter in regard to denial of his administrative appeal.

   h. Plaintiff amended paragraph 16 to add in that the action falls under ERISA.

   i. Plaintiff's paragraph 14 of his original Petition is now Paragraph 17 of his First Amended Complaint.

   j. Plaintiff removed Paragraph 15 of his original Petition.

k.  Plaintiff added paragraph 18 to address venue for his First Amended Complaint.

l.  Plaintiff excised Count I- Breach of Insurance Contract, Count II – Bad Faith Failure to Pay Insurance Benefits, and his Demand for Jury Trial.

m.  Plaintiff added in the entirety of Count I – Wrongful Denial of Benefits, including paragraphs19-28 and the request for relief thereafter.

7. Leave to amend is necessary for Plaintiff to ensure that the necessary parties are correctly identified in this suit and to ensure that the appropriate claims have been raised.

8. No party will be prejudiced by this Court's granting of Plaintiff's Motion for Leave to Amend.

9. It is in the best interests of justice and serves judicial efficiency for this Court to grant Plaintiff's Motion for Leave to Amend.

10. Plaintiff is filing contemporaneously herewith his First Amended Complaint.

WHEREFORE, Plaintiff Mark Becicka respectfully requests that this Court enter an order granting his Motion for Leave to Amend, thereby allowing Plaintiff's First Amended Complaint to stand as a file copy without the necessity of further filing and seeks such further relief as the Court deems just.

Respectfully submitted,

 /s/    John C. Wagner
**JOHN C. WAGNER**         AT0008238
JOHN C. WAGNER LAW OFFICES, P.C.
600 39TH AVENUE
P.O. BOX 262
AMANA, IA  52203
TELEPHONE:       (319) 622-3357
FACSIMILE:         (319) 622-3404
EMAIL: john@jcwagnerlaw.com

ATTORNEY FOR PLAINTIFF

ORIGINAL E-FILED.

COPY TO:

Mark Schmidtke
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph: 219-242-8668
Fax: 219-242-8669
Mark.schmidtke@ogletree.com

Jesse R. Dill
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Ph: 414-239-6410
Fax: 414-755-8289
Jesse.dill@ogletree.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings by:

[ ] U.S. Mail      [ ] Facsimile
[ ] Hand Delivered    [ ] Overnight Courier
[ ] E-Mail      [X] Other: E-File

on     August 3, 2022

Signature       /s/ John C. Wagner